UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                               Case No. 2:18-cr-48
                                               HON. JANET T. NEFF

ALAN MICHAEL HOLLON,

          Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 18, 2018, for an arraignment and initial appearance on the indictment charging defendant with Felon in Possession of a Firearm. The government has filed a motion for detention and pretrial services has recommended the same. Defense counsel may request hearing at a later time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                    */s/ Timothy P. Greeley*
                                                  TIMOTHY P. GREELEY
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2018