UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

                                                    CASE NO. 2:18-CR-48

v.

                                                    HON. ROBERT J. JONKER

ALAN MICHAEL HOLLON,

      Defendant.

_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION


The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action. The Report and Recommendation was duly served on the parties,

and no objection has been made thereto within the time required by law. Based on this, and on the

Court's review of all matters of record, including the transcript of the plea proceedings, **IT IS**

**ORDERED** that:

1.      The Report and Recommendation of the Magistrate Judge (ECF No. 51) is approved

      and adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set

      forth in Counts 1 and 2 of the Superseding Indictment.

3.      The written plea agreement is hereby continued under advisement pending sentencing.

4.      Defendant shall remain detained pending sentencing on November 5, 2019.


Dated:   August 29, 2019          /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     CHIEF UNITED STATES DISTRICT JUDGE